UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 JAN 22 PM 1:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO JAVIER FUENTES,<br><br>　　　　　　　Defendant. | CASE NO. 06CR2487-LAB<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) of: _21 USC 841(a)(1) - Possession of Cocaine with Intent to Distribute._

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/16/07

_Larry A. Burns_
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON __1-19-07__